UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DWAYNE JOHNSON,

        Plaintiff,

v.

DOUG BESTEMAN, et al.,

        Defendants.
                           /

Case No.  2:13-CV-339

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the magistrate judge on July 8, 2015.  The Report and Recommendation was served on Plaintiff July 9, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the magistrate judge, filed July 8, 2015 (dkt. #50) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (dkt. #42) is **GRANTED** as to Defendants Heyns, Olsen, and Mastaw, and **DENIED** as to Defendant Besteman.  The claims against Defendants Heyns, Olsen, and Mastaw are **DISMISSED with prejudice**.  The claims against Defendant Besteman shall proceed.

Dated:  August 4, 2015

                                                    /s/ Gordon J. Quist
                                                GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE