UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DWAYNE ANTHONY JOHNSON,

    Plaintiff,

Case No. 2:13-CV-339

v.

Hon. Gordon J. Quist

DOUG BESTEMAN, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 1, 2016, which recommended that the Court deny Plaintiff's motion for summary judgment. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed April 1, 2016 (ECF No. 94) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 68) is **DENIED**.


Dated: April 27, 2016
                    /s/ Gordon J. Quist
                    GORDON J. QUIST
                    UNITED STATES DISTRICT JUDGE